```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION

HSBC BANK USA, N.A., etc.,      )
                                )
              Plaintiff,        )
                                )
     v.                         )    No.  12 C 4126
                                )
JESSICA SCLAFINI, etc.,         )
                                )
              Defendant.        )
```

## MEMORANDUM ORDER

Counsel for Jessica Sclafini ("Sclafini"), the mortgagor in this mortgage foreclosure action, has noticed up for presentment on November 15 her motion to dismiss the Amended Complaint ("AC") because of its asserted failure to establish diversity of citizenship. To that end Sclafini's counsel seeks to rely on the AC's failure to use the words "<u>current</u> mortgagee" (emphasis in the motion itself) in speaking of the junior mortgage.

That nit-picking approach ignores the basic principle that for purposes of addressing a motion such as the current one the plaintiff is entitled to the drawing of reasonable inferences in its favor. This Court denies the motion sua sponte and orders Sclafini to answer the AC on or before November 19, 2012.

  _____
  Milton I. Shadur
  Senior United States District Judge

Date:  November 6, 2012