IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HSBC BANK USA, N.A., etc., )
 )
        Plaintiff, )
 )
  v. ) No. 12 C 4126
 )
JESSICA SCLAFINI, etc., )
 )
        Defendant. )

MEMORANDUM ORDER

    Mortgagor Jessica Sclafini ("Sclafini") has filed her Answer to the Amended Complaint brought by HSBC Bank USA, N.A. ("Bank") to foreclose on Sclafini's mortgage. Although this type of sua sponte memorandum order would ordinarily have been issued almost immediately after suit was filed, the priority of other matters on this Court's calendar has occasioned a brief delay in identifying a problematic aspect of the Answer.

    All of Sclafini's errors stem from a number of appropriate trackings of the disclaimer provision of Fed. R. Civ. P. ("Rule") 8(b)(5)--Answer ¶¶1-3, 5, 7, 8, 10.d.ii, 10.d.iii, 10.e, 10.f, 10.i, 10.j, 10.l, 10.m, 10.n, 10.o, 10.p, 10.q, 10.r and 10.s--with the statement "and therefore denies same." That is of course oxymoronic--how can a party that asserts (presumably in good faith) that it lacks even enough information to form a <u>belief</u> as to the truth of an allegation then proceed to <u>deny</u> it in accordance with Rule 11(b)? Accordingly the quoted phrase is

stricken from each of those paragraphs of the Answer.[1]

_____
Milton I. Shadur
Senior United States District Judge

Date:  November 28, 2012

---

[1] No ruling is made or implied here as to Sclafini's several Affirmative Defenses that follow the Answer itself. But because their principal focus is on whether the Complaint has properly established subject matter jurisdiction on diversity of citizenship grounds, Bank's counsel would do well to consider those matters.